UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH CARL SALAZAR, JR.,

      Plaintiff,

v.

IMG ACADEMY, *et al.*,                      Case No:   8:26-cv-01092-JLB-TGW

      Defendants.

                                      /

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that Plaintiff's Complaint (Doc. 1) be denied and that the Complaint be dismissed without prejudice as an impermissible shotgun pleading with leave to amend.  (Doc. 8); *Silberman v. Miami Dade Transit*, 927 F.3d 1123, 1132 (11th Cir. 2019) ("[A] [pro se] plaintiff must be given at least ***one chance*** to amend the complaint before the district court dismisses the action with prejudice." (citation omitted) (second alteration in original) (emphasis added)).  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1.    The United States Magistrate Judge's Report and Recommendation (Doc. 8) is **ADOPTED** and made a part of this Order for all purposes.

2.    Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

3.    Plaintiff is provided leave to file an amended complaint within fourteen (14) days from the date of this Order.  No new claims may be added to the amended complaint.  Failure to timely file an amended complaint will result in dismissal of this action without further notice of the Court.

**IT IS SO ORDERED** in Tampa, Florida, on June 1, 2026.

_____

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE